**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

ROBERT PICCARRETA

    Plaintiff,

        v.

CHIEF OIL & GAS, LLC, *et al*.,

    Defendants.

NO. 3:17-CV-00451

(JUDGE CAPUTO)

**ORDER**

    **NOW**, this 22nd day of March, 2017, **IT IS HEREBY ORDERED** that Plaintiff is given fourteen (14) days from the date of this Order to file an amended complaint properly alleging diversity jurisdiction. If Plaintiff fails to do so, the action will be dismissed.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge